ELMER SOUTHARD, by CHARLES W. SOUTHARD, His Guardian ad Litem, Appellant, v. HARRY M. JACKSON, Respondent.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

ELI UGOVITCH and HESTER J. YOUNG, Respondents, v. OHIO FARMERS' INSURANCE COMPANY OF LEROY, OHIO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

FRANK ASMUSSEN, Respondent, v. JOHN WANAMAKER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

OTTO BUTZBACH, Appellant, v. ALBERT ZIMMERMAN and R. LINCOLN GRAHAM, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

JOSEPH CHERNES, Respondent, v. CHARLES ROSE, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the court erred in allowing the jury to consider the judgment of acquittal in the Magistrate's Court on the question whether the defendant had probable cause to make the complaint whereon plaintiff was arrested. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

CAMILLE D'HONT, Respondent, v. THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant.— Judgment and order of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.

JACOB DREICER and Others, Copartners, etc., Respondents, v. NICHOLAS F. PALMER and DELOS McCURDY, as Executors, etc., of GEORGE W. QUINTARD, Deceased, Appellants, Impleaded with Others.— Judgment affirmed on the authority of *Heppenstall* v. *Baudouine* (73 Misc. Rep. 118; affd. on opinion below, 148 App. Div. 892), with costs against the appellants personally. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

JOSEPH ELIAS, Respondent, v. PARAGON FILMS, INC., Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of SUSAN V. SMITH and EDGAR JACKSON, as Executors, etc., of HENRY A. SMITH, Deceased. EDWIN W. SMITH and Others, Appellants; SUSAN V. SMITH, Respondent.— Decree of the Surrogate's Court of Nassau county in so far as appealed from affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

ROBERT B. KIMBER, Appellant, v. STATEN ISLAND MIDLAND RAILWAY COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.